```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIGI ABREU,

                Plaintiff,           22-cv-1206 (JGK)

      - against -                    ORDER

BLACK RIVER ROASTERS, LLC,

                Defendant.

JOHN G. KOELTL, District Judge:

    The defendant's answer was due on March 18, 2022. The time for the defendant to answer is extended to _4/1/_, 2022.

SO ORDERED.

Dated:    New York, New York
          March 23, 2022

                                      John G. Koeltl
                              United States District Judge