```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIGI ABREU,

                Plaintiff,        22-cv-1206 (JGK)

    - against -                ORDER

BLACK RIVER ROASTERS, LLC,

                Defendant.

JOHN G. KOELTL, District Judge:

The conference scheduled for **May 11, 2022** at **12:00 p.m.** is canceled. The defendant is reminded that its answer is due on **May 6, 2022**.

SO ORDERED.

Dated:    New York, New York
           May 5, 2022

                                        _____
                                            John G. Koeltl
                                  United States District Judge