UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

               Plaintiffs,

- against -

BLACK RIVER ROASTERS, LLC,

               Defendant.

22-cv-1206 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 3, 2022.

SO ORDERED.

Dated:    New York, New York
            May 23, 2022

                                         _____
                                              John G. Koeltl
                                        United States District Judge