UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU,

      Plaintiff,

 - against -

BLACK RIVER ROASTERS, LLC,

      Defendant.

22-cv-1206 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

 The plaintiff's time to seek class certification is extended to **November 16, 2022.** The defendant may file an opposition by **December 5, 2022.** The plaintiff may reply by **December 15, 2022.** All other deadlines remain the same.

SO ORDERED.

Dated: New York, New York
    November 2, 2022

              _____
                John G. Koeltl
              United States District Judge