```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUIGI ABREU,

                Plaintiff,

       - against –

BLACK RIVER ROASTERS, LLC,

                Defendant.

------------------------------------------------

22-cv-1206 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties have submitted to the Court a proposed Consent Decree. ECF No. 27-1. The parties should submit to the Court any other agreements between the parties related to the settlement of this case. The time to reopen the case is extended to **April 28, 2023**.

SO ORDERED.

Dated:    New York, New York
           April 10, 2023

                                       _____
                                          John G. Koeltl
                                   United States District Judge